THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| DALE SPENCER, | : | |
|---|---|---|
| Plaintiff, | : | Case No.: 5:07-cv-69 (CAR) |
| v. | : | |
| TOMLYN T. PRIMUS et al., | : | |
| Defendants. | : | |

### ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 23] that Plaintiff's case be dismissed for failure to prosecute this action. Plaintiff has filed no objection to the Recommendation. Having considered the matter, the Court agrees with the Recommendation. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 26th day of August, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH